# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-60400

---

Roderick Greer Talley,

                         *Plaintiff—Appellant,*

versus

Jackson State University; Eric Stanton; LaQuala Dixon; Eltease Moore; Joseph Bradley,

                         *Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:24-CV-296

---

ORDER:

On December 10, 2024, the clerk denied a motion by Appellant, proceeding pro se, to reopen his appeal. Appellant has since filed an unopposed motion for reconsideration of that denial and for clarification of the clerk's order.

No. 24-60400

The motion for reconsideration is GRANTED. Accordingly, it is ORDERED that the case is reopened.

IT IS FURTHER ORDERED that the Appellant's motion for clarification is DENIED AS MOOT.

/s/ Don R. Willett
Don R. Willett
*United States Circuit Judge*

2